ALLSTATE INSURANCE COMPANY,
Plaintiff,

v.

Curtis COPE et al., Defendants.

William POPEJOY, etc., et al., Defend-
ants-Third-Party Plaintiffs-
Appellees,

v.

Curtis COPE et al., Third-Party
Defendants-Appellants,

Mrs. Irene Morris and the Home Insur-
ance Company, Intervenors-Appellees.

No. 72–2316

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Nov. 15, 1972.

Rehearing Denied Dec. 8, 1972.

Harry B. Friedman, Texarkana, Tex.,
for Curtis Cope.

Howard Waldrop, Lynn Cooksey, Tex-
arkana, Tex., for Commercial Standard
and Max L. Vaughan.

James N. Haltom, J. R. Hubbard,
Texarkana, Tex., for Allstate Ins. and
Estate of Leslie E. Mills.

Jerry L. Redfern, Springfield, Mo.,
John D. Raffaelli, Texarkana, Tex., for
Popejoy and Blevins.

William C. Cockrill, Springfield, Mo.,
for Booth.

Robert Lee Guthrie, Dallas, Tex., for
Home Ins. Co.

Before JOHN R. BROWN, Chief
Judge, and GOLDBERG and MORGAN,
Circuit Judges.

PER CURIAM:

We have carefully reviewed the evi-
dence in this case and, while we recog-
nize it is the duty of this Court of Ap-
peals to correct clear error, even in find-
ings of fact, the choice by the trier of
the facts here was between two permissi-
ble views of the weight of the evidence
and is not clearly erroneous within the
meaning of Rule 52 of the Federal Rules
of Civil Procedure. United States v. Yel-
low Cab Co., 1949, 338 U.S. 338, 341, 70
S.Ct. 177, 94 L.Ed. 150; General Acci-
dent Fire and Life Assur. Corp. v. Har-
din (5 Cir. 1961) 290 F.2d 862.

Affirmed.